IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| ESTATE OF MATTHEW HOLMES, by and through administrator, WENDY COUSER, as administrator and individually, | ) ) ) ) |
| Plaintiff, | ) ) |
| V. | ) ) |
| CHRIS SOMERS, ANTHONY HAWPE, JASON ACHILLES, SKYLER HINTON, JERRY MONTAGNE, in his individual and official capacity as Sheriff of McPherson County, McPHERSON COUNTY, CITY OF NEWTON, CHAD GAY, in his individual and official capacity as Sheriff of Harvey County, HARVEY COUNTY, UNKNOWN OFFICERS FROM NEWTON POLICE DEPARTMENT, UNKNOWN OFFICERS FROM McPHERSON COUNTY SHERIFF'S OFFICE, UNKNOWN OFFICERS FROM HARVEY COUNTY SHERIFF'S OFFICE, McPHERSON COUNTY SHERIFF'S OFFICE and HARVEY COUNTY SHERIFF'S OFFICE. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) JURY TRIAL DEMANDED ) ) |

**REQUEST FOR DESIGNATION OF TRIAL**

Pursuant to Local Rule 40.2, Plaintiff Wendy Couser, by and through counsel, Loevy & Loevy, hereby respectfully requests that trial in this matter be held in Wichita, Kansas.

Respectfully submitted,

/s/ Josh Loevy
Josh Loevy
Loevy & Loevy
311 N Aberdeen St., 3rd Fl.
Chicago, IL 60607
Ph: (312) 243-5900
Fax: (312) 243-5902
joshl@loevy.com